IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-5751 |
| | : | |
| DOC SOLUTIONS LLC, and MARK KAISER, | : | |
| | : | |
| Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT DOC SOLUTIONS LLC**

Please check one box:

☑    The nongovernmental corporate party,  Doc Solutions LLC , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

January 8, 2020                                                      */s/ Andrea P. Brockway*
Date                                                                           Andrea P. Brockway
                                                                                  *Counsel for Defendant*

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a)  WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% more of its stock or states that there is no such corporation.
     (b)  TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
          (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
          (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

## **CERTIFICATE OF SERVICE**

I hereby certify that the within *Corporate Disclosure Statement of Defendant Doc Solutions LLC* was filed electronically this date and the following counsel of record were served via the court's ECF system:

> John D. Huh, Esquire
> DLA Piper LLP
> One Liberty Place
> 1650 Market Street, Suite 5000
> Philadelphia, PA  19107
>
> Patrick Howard
> Charles Kocher
> Saltz Mongeluzzi Barrett & Bendesky PC
> 1650 Market Street, Suite 52nd Floor
> Philadelphia, PA  19103
>
> *Attorneys for Plaintiff*

> */s/ Andrea P. Brockway*
> Andrea P. Brockway

Dated:  January 8, 2020