IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5751 |
| DOC SOLUTIONS LLC *et al.* | : | |

## SCHEDULING ORDER

**AND NOW**, this __29th__ day of January, 2020, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 17), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

    a. All fact discovery shall be completed by **May 29, 2020**.

    b. The parties shall produce their expert report(s) by **June 29, 2020**; rebuttal expert report(s) shall be produced by **July 13, 2020;** all expert discovery, including all depositions of expert witnesses, shall be completed by **July 27, 2020**.

    c. All motions for summary judgment and *Daubert* motions shall be filed no later than **August 27, 2020**. Responses to such motions shall be filed no later than **September 28, 2020**.

2. At the parties' request, this matter will be referred to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for settlement discussions. Referral requests shall be submitted to the Court via email to **Chambers_Younge@paed.uscourts.gov** and copied to all counsel. Such requests shall be made at the earliest possible stage of the litigation when settlement discussions will be productive. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

2

      3.      A final pretrial conference will be held on **Tuesday, December 1, 2020, at 11:00 a.m.** in Room 4007, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

      4.      Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

      **IT IS SO ORDERED.**

                                    **BY THE COURT:**

                                    **/s/ Judge John Milton Younge**
                                    **Judge John Milton Younge**