# EXHIBIT C

Corporate

**CGS**
A CELERIAN GROUP COMPANY

myCGS Login | Contact Us | Join/Update ListServ

myCGS STATUS

Search: 

Serving the states of MN, WI, IL, IN, OH, KY and MI

Medicare Home    JB DME    JC DME    J15 Part A    J15 Part B    J15 HHH

myCGS

Online Tools & Calculators

CGS Go Mobile

Claim Submission

Medical Review

Medicare Beneficiaries

Fee Schedules

Local Coverage Determinations

Education

CERT

FAQs

Forms/Checklists/Guides

News & Publications
  Supplier Manual
  News
  News Archive
  Program Manager Articles
  DME MAC Insider
  Jurisdiction B Connections

Customer Service

Helpful Links

CGS Contact Information

Other Contractors

Home » JB DME » News & Publications » News » resrc » P-stim® Device - Correct Coding

Print | Bookmark | Email | Font Size: + | – 

*October 22, 2015*

## P-stim® Device - Correct Coding

**Joint DME MAC Publication**

Recently the DME MAC contractors have received inquiries about the P-stim® auricular stimulation device (Biegler GmbH). The P-stim® is a miniaturized electro-acupuncture device for use in the practice of acupuncture by qualified practitioners of acupuncture. It provides auriculo-point stimulation treatment over several days. This item is not reimbursable by Medicare. Claims submitted to the DME MACs for the P-stim® device must be coded A9270 (Noncovered item or service).

For questions about coding verification reviews and correct coding, contact the Pricing, Data Analysis and Coding (PDAC) Contact Center at (877) 735-1326 during the hours of 8:30 a.m. to 4 p.m. CT, Monday through Friday, or e-mail the PDAC by completing the DME PDAC Contact Form located on the PDAC website EXT↗.

**UTILITIES**
- JOIN/UPDATE LISTSERV
- PRINT
- BOOKMARK
- EMAIL

**STAY CONNECTED**
- FACEBOOK
- TWITTER
- YOUTUBE

**SITE INFO**
VIDEO TOUR
WEBSITE FEEDBACK
SITE MAP
DISCLAIMER
PRIVACY STATEMENT

**CONTACT US**

**PEOPLE WITH MEDICARE**



Two Vantage Way, Nashville, TN 37228

©2020 CGS Administrators, LLC. All Rights Reserved

All Medicare transactions must be submitted with the MBI.                x