# EXHIBIT E

From: Mark Kaiser <kaisermarkd@hotmail.com>
Date: March 14, 2017 at 6:31:35 PM EDT
To: Sagi Kuznits <skuznits@aol.com>
Subject: Re: Doc Solutions Order Form

Correct.

For reference, here is who our compliance officer is and his LinkedIn profile showing his credentials:

https://www.linkedin.com/in/doctimm/

Our lead billing company, Clinic Doc, who vouches for the coding:

https://clinicdr.com/

Please let me know how else I can help.

Thank You,

Mark

---

From: Sagi Kuznits <skuznits@aol.com>
Sent: Tuesday, March 14, 2017 6:27:42 PM
To: Mark Kaiser
Subject: Re: Doc Solutions Order Form

Thxs. I just want to make sure that it is appropriate to bill the L8679 code for this device. It is placed externally not implanted in the body like a spinal cord stim generator

Sent from my iPhone

On Mar 14, 2017, at 6:22 PM, Mark Kaiser <kaisermarkd@hotmail.com> wrote:

Hi Doc:

We are moving to a Quick Books style of Invoicing to make things easier for everyone involved, we should have that up and running in 2-3 weeks.

Until we get to that point we are requesting every office fill out and either scan/email or fax back the attached order form.

Once we have this and the Credit Card Auth form that I will send in a separate email in a moment we will be able to solidify a training date.

Please let me know if you have any further questions.

Thank You,

Mark

Cell: 317-691-7191

NC000125

<DOC Order Form.pdf>

NC000126