# EXHIBIT F

Sent from my iPhone

On Mar 15, 2017, at 8:27 AM, Mark Kaiser <kaisermarkd@hotmail.com> wrote:

> Hi Guys:
>
> Dr. Sagi Kuznits, this is Dr. Tim Warren.
>
> Dr. Warren, Dr. Kuznits is a neurosurgeon in PA and has used the NSS before and is now looking to move to Stivax.
>
> He would like to speak to you briefly regarding compliance matters of the Stivax device.
>
> Please take this as an introduction between the two of you.
>
> Thank You,
>
> Mark
>
> Cell: 317-691-7191