# EXHIBIT G

From: Sagi Kuznits <skuznits@aol.com>
Date: March 19, 2017 at 8:28:50 PM EDT
To: Alex Landfield <adnl007@hotmail.com>
Cc: Mark Kaiser <kaisermarkd@hotmail.com>
Subject: Re: Introduction

Thanks for your input

Sent from my iPhone

On Mar 18, 2017, at 10:27 PM, Alex Landfield <adnl007@hotmail.com> wrote:

Dr Kuznits,
We have been using Stivax usually for chronic back and neck pain refractory to medication, therapy, epidural injections, etc. We have also used it for severe Trigeminal Neuralgia, migraine, and in a case of fibromyalgia. I have only started using it fairly recently, but the response has been excellent in many (but not all) of the cases. The trigeminal neuralgia patient had a dramatic response and several of the other patients have had significant improvement so far. Yes we have been billing as recommended by Mark and have not had problems. Hope this is helpful.
Best regards,
Alex Landfield

Sent from my iPhone

On Mar 18, 2017, at 4:14 PM, Sagi Kuznits <skuznits@aol.com> wrote:

> Hi dr landfield. I like your website. I am a neurosurgeon in the Philadelphia area. Wanted to know for which types of pain do you use stivax and patient response. Also are you billing as recommended using the stimulator implant code and any issues with reimbursement from insurance
> Thxs
>
> Sent from my iPhone
>
> On Mar 17, 2017, at 7:41 PM, Mark Kaiser <kaisermarkd@hotmail.com> wrote:
>
>> Hi Guys:
>>
>> Dr. Sagi Kuznits this is Dr. Alex Landfield.

Dr. Sagi is looking to bring Stivax into his clinic and asked to speak to another MD about the success they have had in their office from a clinical setting. Dr. Landfield has seen great success with all types of patients within his office.

Please take this as an introduction between the two of you.

Thank You,

Mark

Cell: 317-691-7191

NC000128