# EXHIBIT H

**From:** Sagi Kuznits <skuznits@aol.com>
**To:** Timothy Warren <stivax@titanmedicalcompliance.com>
**Cc:** Mark Kaiser <kaisermarkd@hotmail.com>
**Subject:** Re: Introduction
**Date:** Fri, Mar 24, 2017 5:46 pm

Hi there. Mark sent me the billing codes for the stivax. Is it appropriate to bill the L8679 code. It is used for generator implants but this device is not implanted. Please advise. Thxs

Sent from my iPhone

On Mar 24, 2017, at 5:21 PM, Timothy Warren <stivax@titanmedicalcompliance.com> wrote:

> Dr. Sagi,
>
> I do not suggest any coding of the 64555 with any insurance company without having prior authorization.
>
> Dr. Warren
>
> ---
>
> **From:** Sagi Kuznits <skuznits@aol.com>
> **Sent:** Wednesday, March 22, 2017 4:34:49 PM
> **To:** Mark Kaiser
> **Cc:** Timothy Warren
> **Subject:** Re: Introduction
>
> Hey mark. Any word from the Dr Warren
>
> Sent from my iPhone
>
> On Mar 16, 2017, at 9:37 AM, Mark Kaiser <kaisermarkd@hotmail.com> wrote:
>
>> Many commercial policies have gone away from paying the 64555 code as well. I would suggest, as I am sure Dr. Warren would as well, having billing pull the commercial policy plans of the patients you are looking to place the device on and checking to see if they still recognize the code and go from there.
>>
>> 64555 is still an accepted billing practice for billing within a surgery center via the facility fee.
>>
>> ---
>>
>> **From:** Sagi Kuznits <skuznits@aol.com>
>> **Sent:** Thursday, March 16, 2017 9:01:11 AM
>> **To:** Mark Kaiser