# EXHIBIT I

**Kristy Schugsta**

| | |
|---|---|
| **From:** | Sagi Kuznits <skuznits@aol.com> |
| **Sent:** | Wednesday, December 13, 2017 10:08 PM |
| **To:** | Kristy Schugsta |
| **Subject:** | Fwd: New Stivax Coding/Conference Call Schedule |
| **Attachments:** | New Suggested Stivax Coding.docx |

Sent from my iPhone

Begin forwarded message:

> **From:** Mark Kaiser <kaisermarkd@hotmail.com>
> **Date:** December 13, 2017 at 10:22:49 AM EST
> **Subject: New Stivax Coding/Conference Call Schedule**
>
> Hello:
> I hope everyone is having a great Holiday season.
>
> We at Doc Solutions have fielded several inquiries recently from clients across the country regarding Stivax coding. Please view this memo as a way to proceed forward.
>
> After working closely with our compliance team over the past few weeks we are very happy to announce a new coding set that is to be used effectively immediately.
>
> Please find this attached above.
>
> In an attempt to help answer questions and alleviate concerns, we have scheduled a list of conference calls below.
>
> I strongly suggest that someone on your team be available for at least one of the calls so that all questions can be asked and further discussion can be had about how to best move forward with Stivax in your office.
>
> Conference Call Line:
> 267-930-4000
>
> Password:
> 682658
>
> Call Dates And Times (all times listed are on Eastern Standard Time)
>
> Wednesday 12/13
> 12PM
> 6PM

1

NC000181

Friday 12/15
10AM
1PM

Monday 12/18
10AM
1PM

The calls will go over current billing guidelines, coding, billing and how to utilize the two different billing sets listed on the coding sheet above.

Expect the calls to last 10 minutes with additional time added as needed for Q&A.

To respect everyones busy schedule we will start all calls at the exact times listed.

I look forward to speaking to everyone here soon!

Thank You,
Mark Kaiser
Cell: 317-691-7191
Doc Solutions CEO
National Account Manager, *Stivax Neurostimulator*

2

NC000182

## Coding for the Stivax Stimulator

Coding for Stivax Stimulator

Tract One

| Commercial | Medicare | Workers Compensation |
|---|---|---|
| Day 1<br>99213<br>L8680<br>L8686 | Day 1<br>99213<br>L8679 | Day 1<br>99213<br>L8680<br>L8686 |
| Day 21<br>99213<br>95970-95972<br>63663 | Day 21<br>99213<br>95970-95972<br>63663 | Day 21<br>99213<br>95970-95972<br>63663 |
| Day 42<br>99213<br>63663 | Day 42<br>99213<br>63663 | Day 42<br>99213<br>63663 |

Tract Two

| Commercial | Medicare | Workers Compensation |
|---|---|---|
| Day 1<br>99213<br>L8680<br>L8686 | Day 1<br>99213<br>L8679 | Day 1<br>99213<br>L8680<br>L8686 |
| Day 21<br>99213<br>95970-95972<br>63663<br>L8680 | Day 21<br>99213<br>95970-95972<br>63663 | Day 21<br>99213<br>95970-95972<br>63663 |
| Day 42<br>99213<br>63633 | Day 42<br>99213<br>L8679 | Day 42<br>99213<br>63663 |

This document and the information contained herein is for general information purposes only and is not intended and does not constitute legal, reimbursement, coding, business, or other advice. Furthermore, it is not intended to increase or maximize payment by any payer. Nothing

in this document should be construed as a guarantee regarding levels of reimbursement, payment, or charge, or that reimbursement or other payment will be received. Similarly, nothing in this document should be viewed as instructions for selecting any particular code. The ultimate responsibility for coding and obtaining payment/reimbursement remains with the customer. This includes the responsibility for accuracy and veracity of all coding and claims submitted to third-party payers. Also note that the information presented herein represents only one of a number of potential scenarios, based on the assumptions, variables and data presented.

Explanation of the codes

**L8679**

Implantable neurostimulator, pulse generator, any type

**L8680**

Implantable neurostimulator electrode, each

This code is not payable by Medicare and should never be billed to any Medicare or Medicare Advantage Plan carrier.

**L8686**

Implantable neurostimulator pulse generator, single array, non-rechargeable, includes extension

**63663**

Revision including replacement, when performed, of spinal neurostimulator electrode percutaneous array(s), including fluoroscopy, when performed

**95970**

Analyze Neurostimulator no programing

Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude, pulse duration, configuration of wave form, battery status, electrode select ability, output modulation, cycling, impedance and patient compliance measurements); simple or complex brain, spinal cord, or peripheral (ie,

cranial nerve, peripheral nerve, sacral nerve, neuromuscular) neurostimulator pulse generator/transmitter, without reprogramming

## 95971

Analyze Neurostimulator Simple

Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude, pulse duration, configuration of wave form, battery status, electrode select ability, output modulation, cycling, impedance and patient *compliance measurements); simple spinal cord, or peripheral (ie, peripheral nerve,* sacral nerve, neuromuscular) neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming

## 95972

Analyze Neurostimulator Complex

Electronic analysis of implanted neurostimulator pulse generator system (eg, rate, pulse amplitude, pulse duration, configuration of wave form, battery status, electrode select ability, output modulation, cycling, impedance and patient compliance measurements); complex spinal cord, or peripheral (ie, peripheral nerve, sacral nerve, neuromuscular) (except cranial nerve) neurostimulator pulse generator/transmitter, with intraoperative or subsequent programming

Diagnosis codes that support the use of this CPT-codes 95970-95972

| | |
|---|---|
| M47.24 | Other spondylosis with radiculopathy, thoracic region |
| M47.25 | Other spondylosis with radiculopathy, thoracolumbar region |
| M47.26 | Other spondylosis with radiculopathy, lumbar region |
| M47.27 | Other spondylosis with radiculopathy, lumbosacral region |
| M47.28 | Other spondylosis with radiculopathy, sacral and sacrococcygeal region |
| M47.814 | Spondylosis without myelopathy or radiculopathy, thoracic region |
| M47.815 | Spondylosis without myelopathy or radiculopathy, thoracolumbar region |
| M47.816 | Spondylosis without myelopathy or radiculopathy, lumbar region |
| M47.817 | Spondylosis without myelopathy or radiculopathy, lumbosacral region |
| M47.818 | Spondylosis without myelopathy or radiculopathy, sacral and sacrococcygeal region |
| M47.894 | Other spondylosis, thoracic region |
| M47.895 | Other spondylosis, thoracolumbar region |
| M47.896 | Other spondylosis, lumbar region |

| M47.897 | Other spondylosis, lumbosacral region |
| M47.898 | Other spondylosis, sacral and sacrococcygeal region |
| M50.11 | Cervical disc disorder with radiculopathy, high cervical region |
| M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy |
| M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |
| M50.123 | Cervical disc disorder at C6-C7 level with radiculopathy |
| M50.13 | Cervical disc disorder with radiculopathy, cervicothoracic region |
| M51.14 | Intervertebral disc disorders with radiculopathy, thoracic region |
| M51.15 | Intervertebral disc disorders with radiculopathy, thoracolumbar region |
| M51.16 | Intervertebral disc disorders with radiculopathy, lumbar region |
| M51.17 | Intervertebral disc disorders with radiculopathy, lumbosacral region |
| M51.24 | Other intervertebral disc displacement, thoracic region |
| M51.25 | Other intervertebral disc displacement, thoracolumbar region |
| M51.26 | Other intervertebral disc displacement, lumbar region |
| M51.27 | Other intervertebral disc displacement, lumbosacral region |
| M51.34 | Other intervertebral disc degeneration, thoracic region |
| M51.35 | Other intervertebral disc degeneration, thoracolumbar region |
| M51.36 | Other intervertebral disc degeneration, lumbar region |
| M51.37 | Other intervertebral disc degeneration, lumbosacral region |
| M54.11 | Radiculopathy, occipito-atlanto-axial region |
| M54.12 | Radiculopathy, cervical region |
| M54.13 | *Radiculopathy, cervicothoracic region* |
| M54.14 | Radiculopathy, thoracic region |
| M54.15 | Radiculopathy, thoracolumbar region |
| M54.16 | Radiculopathy, lumbar region |
| M54.17 | Radiculopathy, lumbosacral region |
| M54.18 | Radiculopathy, sacral and sacrococcygeal region |
| M54.2 | Cervicalgia |
| M54.5 | Low back pain |

## 99213

Office Visit, Established

Office or other outpatient visit for the evaluation and management of an
established patient, which requires at least 2 of these 3 key components:
- An expanded problem focused history;
- An expanded problem focused examination;
- Medical decision making of low complexity.

Counseling and coordination of care with other physicians, other qualified health
care professionals, or agencies are provided consistent with the nature of the
problem(s) and the patient's and/or family's needs. Usually, the presenting
problem(s) are of low to moderate severity.

## General Information

Patients must have undergone careful screening, evaluation, and diagnosis by a multidisciplinary team prior to implantation. (Such screening must include psychological, as well as physical evaluation). Documentation of the history and careful screening must be available in the patient chart if requested. Patients being selected for a trial

- Must not have active substance abuse issues.
- Must undergo proper patient education, discussion, and disclosure including an extensive discussion of the risks and benefits of this therapy.
- Must undergo appropriate psychological screening

NC0 0(187