## <u>CERTIFICATE OF SERVICE</u>

I, Simon B. Paris, hereby certify that on May 28, 2020, I caused a true and correct copy of the foregoing Joint Stipulation to be filed via the Court's ECF system, which constitutes service upon the following:

**Justin C. Danilewitz, Esquire**
**Andrea Brockway, Esquire**
**Saul Ewing Arnstein & Lehr LLP**
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
Tel: (215) 972-7114
Fax: (215) 972-7725
*Counsel for Defendant Liz O'Neill*

**Oliver Benton Curtis, III**
McDermott Will & Emery LLP
333 SE 2nd Ave, Suite 4500
Miami, FL 33131
*Attorney for Defendants,*
*Doc Solutions, LLC and Mark Kaiser*

**Ryan K. Todd**
Nelson Mullins Broad & Cassel
100 SE 3rd Ave, Suite 2700
Ft Lauderdale, FL 33394
*Attorney for Defendants,*
*Doc Solutions, LLC and Mark Kaiser*

**Andrea P. Brockway**
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
*Attorney for Defendants,*
*Doc Solutions, LLC and Mark Kaiser*

**Justin C. Danilewitz**
Saul Ewing
Centre Square West
1500 Market Street, 30th Floor
Philadelphia, PA 19102
*Attorney for Defendants,*
*Doc Solutions, LLC and Mark Kaiser*


<u>*/s/ Simon B. Paris*</u>
Simon B. Paris