**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5751 |
| DOC SOLUTIONS LLC *et al.* | : | |

**ORDER**

**AND NOW**, this   7th   day of July, 2020, upon consideration of the Motion For Entry of Default Against Third-Party Defendant Dr. Timothy Warren (ECF No. 48), filed by Defendants/Third-Party Plaintiffs, Doc Solutions LLC and Mark Kaiser, it is **ORDERED** that the Motion is **GRANTED**, and the Clerk of Court is **DIRECTED** to enter default against Third-Party Defendant Timothy Warren..

**IT IS SO  ORDERED.**

                                                **BY THE COURT:**

                                                 **/s/ John Milton Younge**
                                                **Judge John Milton Younge**