**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5751 |
| DOC SOLUTIONS LLC *et al.* | : | |

**ORDER**

**AND NOW**, this  14th  day of August, 2020, upon consideration of Defendant Liz O'Neill's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 36), and Defendant O'Neill having withdrawn said Motion (ECF No. 73), it is **ORDERED** that Defendant O'Neill's Motion to Dismiss (ECF No. 36) is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ John Milton Younge
**Judge John Milton Younge**