**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5751 |
| DOC SOLUTIONS LLC *et al.* | : | |

**ORDER**

**AND NOW**, this  1st  day of April, 2021, it is **ORDERED** that the telephonic Final Pretrial Conference scheduled for Wednesday, April 28, 2021, at 10:00 a.m. is **ADJOURNED** pending further Order of the Court.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**