IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEUROSURGICAL CARE, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5751 |
| DOC SOLUTIONS LLC *et al.* | : | |

## ORDER

**AND NOW**, this  2nd  day of July, 2021, upon consideration of Defendant Biegler GmbH's Motion to Strike Plaintiff's Notice of Supplemental Authority ("Plaintiff's Notice," ECF No. 86), or in the alternative, Motion for Leave to File a Response in Opposition to Plaintiff's Notice (ECF No. 87), it is **ORDERED** as follows:

1. Biegler GmbH's Motion to Strike Plaintiff's Notice is **DENIED**.

2. Biegler GmbH is granted leave to file a response to Plaintiff's Notice within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**