IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEUROSURGICAL CARE, LLC**  :<br>  :<br>      **Plaintiff,**  :<br>  :<br>   v.  :<br>  :<br>**BIEGLER GMBH; SOLACE**  :<br>**ADVANCEMENT, LLC; JAMES W.**  :<br>**CARPENTER; and DOC SOLUTIONS**  :<br>**LLC,**  :<br>  :<br>      **Defendants.** | Case No. 2:19-cv-05751-JMY |

## **STIPULATION**

It is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Neurosurgical Care, LLC, and Defendants, Solace Advancement, LLC, James W. Carpenter, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.4(b)(2), that the time for Plaintiff to respond to Defendants Solace Advancement, LLC and James W. Carpenter's Motion to Dismiss (ECF No. 99) be stayed until thirty (30) days after the United States Judicial Panel on Multidistrict Litigation rules on Plaintiff's Motion for Transfer and Coordination or Consolidation under 28 U.S.C. §1407 to the District of Arizona in MDL No. 3054, or a date otherwise set by the Court thereafter.

**IT IS SO STIPULATED AND AGREED**

*/s/ Simon Bahne Paris*
Simon Bahne Paris, Esq.
**Saltz Mongeluzzi & Bendesky, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA  19103
*Attorneys for Plaintiff, Neurosurgical Care, LLC*

Dated:  October 26, 2022

*/s/ Jeffrey A. Lutsky*
Jeffrey A. Lutsky, Esq.
Melissa Lynn Perry, Esq.
William E. Mahoney, Jr., Esq.
**Stadley Ronon Stevens & Young LLP**
2600 One Commerce Sq.
Philadelphia, Pa 19103
*Counsel for Defendants*
*Solace Advancement, LLC*
*James W. Carpenter*

Dated:  October 26, 2022

IT IS SO ORDERED:

/s/ John Milton Younge
Judge John Milton Younge
Dated: October 27, 2022