**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NEUROSURGICAL CARE, LLC** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:19-cv-05751-JMY |
| : | |
| **BIEGLER GMBH; SOLACE** : | |
| **ADVANCEMENT, LLC; JAMES W.** : | |
| **CARPENTER; and DOC SOLUTIONS** : | |
| **LLC,** : | |
| : | |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT BIEGLER GMBH

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Neurosurgical Care, LLC, a Pennsylvania Limited Liability Company ("Plaintiff"), by and through its undersigned attorneys, hereby gives notice that the above captioned matter is voluntarily dismissed with prejudice against Defendant Biegler GmbH.

Dated: February 14, 2023

          */s/ Simon B. Paris*
Simon B. Paris
Patrick Howard (Atty. ID #88572)
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA  19103
Telephone:  (215) 496-8282
Facsimile:  (215) 496-0999
sparis@smbb.com
phoward@smbb.com

*Attorneys for Plaintiff Neurosurgical Care, LLC*

## **CERTIFICATE OF SERVICE**

      I, Simon B. Paris, hereby certify that on February 14, 2023, I caused a true and correct copy of the foregoing document to be filed via the Court's ECF system, which constitutes service upon all counsel of record via the Court's ECF system.

                                                  */s/ Simon B. Paris*
                                                  Simon B. Paris