IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEUROSURGICAL CARE, LLC,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 19-5751** |
| **DOC SOLUTIONS LLC**, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of February, 2023, upon review of the docket in the above-captioned case, and it appearing that Plaintiff Neurosurgical Care, LLC has voluntarily dismissed with prejudice all Defendants—Doc Solutions LLC (ECF No. 96), Solace Advancement, LLC and James W. Carpenter (ECF No. 111), and Biegler GmbH (ECF No. 118)—it is hereby **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**