IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEUROSURGICAL CARE, LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIEGLER GMBH; SOLACE ADVANCEMENT, LLC; JAMES W. CARPENTER; and DOC SOLUTIONS LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-05751-JMY |

## NOTICE OF APPEAL IN A CIVIL CASE

Notice is hereby given that Plaintiff Neurosurgical Care, LLC, in the above-captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the Orders dated and entered on September 6, 2022 (ECF No. 98), reconsideration denied on October 26, 2022 (ECF No. 107), and Notice of Voluntary Dismissal with Prejudice as to Defendant Biegler GmbH on February 14, 2023 (ECF No. 118).

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated:  February 24, 2023 | 　　/s/ Simon B. Paris　　<br>Simon B. Paris<br>Patrick Howard (Atty. ID #88572)<br>**SALTZ, MONGELUZZI,**<br>**& BENDESKY, P.C.**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA  19103<br>Telephone:  (215) 496-8282<br>Facsimile:  (215) 496-0999<br>sparis@smbb.com<br>phoward@smbb.com<br><br>*Attorneys for Plaintiff Neurosurgical Care, LLC* |

## CERTIFICATE OF SERVICE

I, Simon B. Paris, hereby certify that on February 24, 2023, I caused a true and correct copy of the foregoing document to be filed via the Court's ECF system, which constitutes service upon all counsel of record via the Court's ECF system.

                                                  */s/ Simon B. Paris*
                                                  Simon B. Paris